[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10907

Non-Argument Calendar

_____

DONTE GLOSTER,

Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,
WARDEN FDC MIAMI,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:21-cv-82053-DMM

_____

2                    Opinion of the Court                    22-10907

Before GRANT, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Federal prisoner Donte Gloster appeals the district court's denial of his 28 U.S.C. § 2241 petition for writ of habeas corpus. We assume the parties' familiarity with the factual and procedural background, the issues raised on appeal, and the applicable law. Gloster argues that the Bureau of Prisons was required to credit time he spent in prison as part of his sentence for drug and firearm offenses toward the new term of imprisonment he received on revocation of supervised release. We conclude that for purposes of calculating credit for prior custody under 18 U.S.C. § 3585(b), the "offense" for which Gloster's 30-month revocation sentence was imposed was his violation of the conditions of his supervised release, not the drug and firearm crimes for which his original 262-month term of imprisonment (later reduced to 188 months) was imposed. We therefore affirm.

        **AFFIRMED.**